IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR64 |
| vs. | ) | |
| | ) | ORDER |
| MELLISA CONNELLY, | ) | |
| Defendant. | ) | |

This matter is before the court on the Unopposed Motion to Continue Trial [32]. Defendant is currently on pretrial release and in a treatment program. She requests additional time to negotiate a resolution of this case short of trial. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [32] is granted, as follows:

1. The jury trial now set for November 27, 2023, is continued to **March 4, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 4, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:  November 21, 2023.**

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**