IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MELISSA CONNELLY,<br><br>        Defendant. | **8:23CR64**<br><br>**PRELIMINARY ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 43). The Court has carefully reviewed the record in this case and finds as follows:

1. On June 13, 2024, defendant Melissa Connelly ("Connelly") pleaded guilty to Count I of the Indictment (Filing No. 1) and admitted the Forfeiture Allegation. Count I of the Indictment charged Connelly with conspiracy to possess with intent to distribute 500 grams or more of a mixture or substance containing methamphetamine violation of 21 U.S.C. § 846.

2. The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853 of $18,300 in United States currency seized on or about February 10, 2023, as property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offense and/or property used, or intended to be used, in any manner or part, to commit, or to facilitate the offense.

3. Based on Connelly's guilty plea and admission, Connelly forfeits her interest in the $18,300 in United States currency and the government is entitled to possession of any interest Connelly has in the $18,300 in United States currency pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 43) is granted.

2. Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Connelly's guilty plea and admission, the government is hereby authorized to seize the $18,300 in United States currency.

3. Connelly's interest in the $18,300 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $18,300 in United States currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the $18,300 in United States currency in such manner as the Attorney General may direct, and notice that any person, other than Connelly, having or claiming a legal interest in the $18,300 in United States currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $18,300 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $18,300 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $18,300 in United States currency as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n)(1) in which all interests will be addressed.

Dated this 14th day of June 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge